IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| INTERFOREVER SPORTS, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-06-2420 |
| § | |
| SAMUEL LOPEZ, individually and § | |
| d/b/a BILLARES SALAMANCA, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

Judgment is entered in favor of plaintiff, Interforever Sports, Inc., against the defendant, Samuel Lopez, individually d/b/a Billares Salamanca, as follows:

    a.    statutory damages of $10,000;

    b.    additional damages of $50,000;

    b.    attorney's fees of $1,500.00;

    c.    costs of court; and

    d.    postjudgment interest at the rate of 4.99 % *per annum*.

THIS IS A FINAL JUDGMENT.

SIGNED on July 10, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge